[No. 20271-2-III.   Division Three.   July 15, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT W. CARR, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 00-1-00179-8, John E. Bridges, J., entered June 15, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, A.C.J., and Sweeney, J.

[No. 20793-5-III.   Division Three.   July 15, 2003.]

ASPEN GROVE, L.L.C., *Appellant*, v. AER-EX, INC., ET AL., *Defendants*, STOUGARDS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 98-2-00446-3, Michael E. Cooper, J., entered January 17, 2001. *Affirmed in part* and *remanded* by unpublished opinion per Sweeney, J., concurred in by Brown, C.J., and Kurtz, J.

[Nos. 20834-6-III; 20835-4-III.   Division Three.   July 15, 2003.]

THE STATE OF WASHINGTON, *Appellant*, v. STEVEN L. BEEGLE, *Respondent*.

THE STATE OF WASHINGTON, *Appellant*, v. SHAUNDE L. ROSE, *Respondent*.

Appeals from judgments of the Superior Court for Benton County, Nos. 01-1-00955-2 and 01-1-00957-9, Vic L. VanderSchoor, J., entered January 28, 2002. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 20993-8-III.   Division Three.   July 15, 2003.]

CLARK E. KINNEY, ET AL., *Appellants*, v. KERRY ALAN WAGNER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-2-06710-5, James M. Murphy, J., entered March 15, 2002. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, A.C.J., and Sweeney, J.